**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

KRISTY BETH PATTERSON,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:24-cv-07418

Judge Manish S. Shah

Magistrate Judge Jeffrey Cole

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 25 | DesignMetalSign |
| 62 | TIN66 |
| 13 | Zeng5656 lihan |
| 17 | Zhou 6985Zuliang |
| 108 | ZYFANG |
| 116 | This evening |
| 47 | dongzhuo99 |
| 118 | Runming Department |
| 12 | Youjia Shop |
| 73 | Ohno Tin Signs Store |
| 9 | zhongxiangshiweihexishangmaoyouxiangongsi |
| 39 | yiguipingdedianzy |
| 30 | gemini SHOP |
| 60 | JunMaoHua |
| 61 | TONGZHENGOODS |
| 132 | Strongest storm |

DATED:  September 27, 2024                    Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 27, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                        */s/ Keith A. Vogt*
                                        Keith A. Vogt